772 A.2d 955

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Harold J. MELTZER, Respondent.**

**No. 489 DISC. 3, 4 DB 1999, 69001.**

Supreme Court of Pennsylvania.

March 19, 2001.

## ORDER

PER CURIAM:

AND NOW, this 19th day of March, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 22, 2001, it is hereby

ORDERED that HAROLD J. MELTZER be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one (1) day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.